IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HENRY HUGHES**,

**Plaintiff,**

**v.**

**THE CITY OF CENTRALIA,**
et al.,

**Defendants.**  No. 07-0255-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Plaintiff's motion for additional time to file proof of service (Doc. 6). Plaintiff filed this request in response to the Court's January 14, 2008 Notice of Impending Dismissal for failure to effect service on all defendants (Doc. 4). Said motion is **GRANTED**. The Court **ALLOWS** Plaintiff up to and including February 11, 2008 to file the proof of service.

**IT IS SO ORDERED.**

Signed this 5th day of February, 2008.

/s/   David R Herndon
**Chief Judge**
**United States District Court**