# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HENRY HUGHES**,

**Plaintiff,**

**v.**

**THE CITY OF CENTRALIA,**
**et al.,**

**Defendants.**　　　　　　　　　　　　　　　　　　**No. 07-0255-DRH**

### ORDER

**HERNDON, Chief Judge:**

　　Now before the Court is Defendant's February 12, 2009 motion in limine (Doc. 29). As of this date, Hughes has not responded to the motion. Pursuant to **Local Rule 7.1(g)**, the Court considers the failure to respond as an admission of the merits of the motion in limine. Thus, the Court **GRANTS** the motion. The Court prohibits Hughes from making any statement or argument regarding Hughes' injuries that is unsupported by competent medical testimony; precludes Hughes from attempting to recover any of the medical expenses which might be related to the April 8, 2005 occurrence and prohibits Hughes from testifying that Defendants destroyed surveillance tapes without laying a foundation that there were surveillance cameras operating at the time which were capable of recording activity. Further, the Court precludes Hughes from testifying that White and Purcell had beaten other persons in their role as police officers and precludes Hughes from testifying what Larry

Burton allegedly told him about Burton's observations of the occurrence.

**IT IS SO ORDERED.**

Signed this 4th day of March, 2009.

/s/     *DavidRHerndon*
**Chief Judge
United States District Court**