IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HENRY HUGHES,

Plaintiff,

   -vs-

CITY OF CENTRALIA, ILLINOIS, a municipal corporation, DAN PURCELL and BILLY WHITE,

NO. 07-CV-255-DRH

Defendants.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 15, 2009, this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

        JUSTINE FLANAGAN, ACTING CLERK


BY:    /s/*Sandy Pannier*
       Deputy Clerk

Dated: July 28, 2009.


APPROVED: /s/ *David R. Herndon*
      CHIEF JUDGE
      U. S. DISTRICT COURT